**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | | |
|---|---|---|
| JOHN MERCALDE | : | No. 231 WAL 2023 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| BOROUGH OF SWISSVALE AND | : | |
| EMPLOYERS' MUTUAL CASUALTY | : | |
| COMPANY  (WORKERS' | : | |
| COMPENSATION APPEAL BOARD) | : | |
| | : | |
| | : | |
| PETITION OF: JOHN MERCALDE | : | |

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 12th day of February, 2024, the Petition for Allowance of Appeal is **DENIED**.